1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant AVILA-SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 09-00580 EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING TO |
| vs. ) | OCTOBER 17, 2011, AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| CHRISTINA AVILA-SOTO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

The parties, Christina Avila-Soto and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing date currently set for September 12, 2011, be vacated and continued to October 17, 2011, at 1:30 p.m.

The reason for the requested continuance is defense counsel requires additional time to complete on-going investigation with respect to the mitigating circumstances that precipitated Ms. Avila-Soto's return to the United States, which involve the investigation of her apparent shooting in Mexico, and the resulting injuries she sustained.  Defense counsel believes this information is relevant to the parties on-going settlement discussions, and anticipates presenting

the results of that investigation to government counsel once complete.

Accordingly, the parties agree and stipulate that time should be excluded from September 12, 2011, through and including October 17, 2011, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation and defense investigation. Accordingly, Ms. Avila-Soto and the government agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: September 9, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: September 9, 2011    _____/s/_____
SUZANNE M. DeBERRY
Special Assistant United States Attorney

Stipulation and [Proposed] Order Continuing Hearing
No. CR 09-00580 EJD                               2

# [~~Proposed~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing currently set for September 12, 2011, shall be continued to October 17, 2011, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between September 12, 2011, and October 17, 2011, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between September 12, 2011, and October 17, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between September 12, 2011, and October 17, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 9, 2011

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge